Dismissed and Memorandum Opinion filed May 7, 2009









Dismissed and Memorandum Opinion filed May 7, 2009.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-08-00752-CV

____________

 

EFREM SEWELL, Appellant

 

V.

 

THE OFFICE OF THE ATTORNEY GENERAL, Appellee

 



 

On
Appeal from the 165th District Court

Harris
County, Texas

Trial
Court Cause No. 2008-25058

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 4, 2008.  On April 24, 2009, appellant filed a AMotion for Non-Suit,@ claiming appellant no longer desires
to prosecute this appeal.  We construe
the motion as a motion to dismiss the appeal. 
See Tex. R. App. P. 42.1.  Accordingly, the motion is granted and the
appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Anderson, Guzman, and Boyce.